STATE OF NEW JERSEY v. JAMES PETER POWER.

May 22, 1984.

Certification is granted, the judgement of the Appellate Division is reversed, and defendant's plea of guilty is vacated and the matter is summarily remanded to the Superior Court, Law Division, Monmouth County, for reassignment by the Assignment Judge to a new judge for the purpose of conducting a trial or the taking of a new plea of guilty.

STATE OF NEW JERSEY v. WALLACE MCCULLOUGH.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MAXWELL MELVINS.

May 22, 1984.

Petition for certification denied.

STEPHEN MARK VANDLING v. STATE OF NEW JERSEY & ROBERT J. BAER, INC.

May 22, 1984.

Petition for certification denied.